

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00474-CR

**EX PARTE** Wilmar Geovani Sambrano **GUEVARA**

From the County Court, Kinney County, Texas
Trial Court No. 10373CR
Honorable Dennis Powell, Judge Presiding

## O R D E R

On August 15, 2022, we ordered the County Clerk of Kinney County to file a supplemental clerk's record containing all items required to be in the clerk's record, including orders signed on July 27, 2022 and a copy of the trial court's certification of the defendant's right to appeal, by September 6, 2022. On August 30, 2022, the county clerk filed a notification of late record indicating he was waiting for the trial court to prepare the certification. We therefore **order** the trial court to prepare a certification of defendant's right of appeal in order for the county clerk to file the supplemental clerk's record containing the required items **by September 6, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court